IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| VICKIE RICE | § | |
| v. | § | CIVIL ACTION NO. 6:12CV310 |
| CITY OF PALESTINE, TEXAS, *et al.* | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contain her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (document #13) recommends that the complaint be dismissed without prejudice for failure to prosecute pursuant to Fed.R.Civ.P. 41(b). The Report and Recommendation was sent to Plaintiff electronically on June 19, 2012.[1] No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

---

[1] At Plaintiff's request, Plaintiff was granted permission to register as a Filing User in the Electronic Filing System. Accordingly, the Order was sent to Plaintiff at the email address she provided.

**ORDERED** that the complaint is **DISMISSED** without prejudice pursuant to Fed.R.Civ.P. 41(b). Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 12th day of July, 2012.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**